O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERRARI GREEN,<br><br>           Plaintiff,<br><br>    v.<br><br>RADIOSHACK CORPORATION, ROBERT HWONG, and DOES 1-10,<br><br>           Defendants. | CV 12-3007 RSWL (FMOx)<br><br>**ORDER re: Defendant's Motion to Strike First Amended Complaint [15]** |

    Currently before the Court is Defendant RadioShack Corporation's ("Defendant") Motion to Strike First Amended Complaint [15].  The Court has granted Plaintiff Ferrari Green's Motion to Remand Case to Los Angeles Superior Court [12], and thus, Defendant's

\\

\\

\\

1

1  Motion is now moot.  Accordingly, the Court hereby
2  **DENIES as moot** Defendant's Motion to Strike.
3
4  **IT IS SO ORDERED.**
5  DATED: May 29, 2012

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge